**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

KEITH ALAN BRYAN
AND
DORRI ALLYSON BRYAN

Chapter 13

Case No. 20-11789-KHK

Debtors

**OBJECTION TO CLAIM
NOTICE OF OBJECTION TO CLAIM
AND
NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

To:  LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

Keith Alan Bryan
Dorri Allyson Bryan
21067 St. Louis Rd.
Middleburg, VA 20117

M. Christine Maggard
Attorney for LoanCare, LLC
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452

Ronald J. Aiani
Attorney for Debtors
86 East Lee Street
Warrenton, VA 20186

C T Corporation System
Registered Agent for LoanCare, LLC
4701 Cox Rd., Ste. 285
Glen Allen, VA 23060

You have filed a claim in the amount of $358,844.91 (arrearage of $41,690.45) with a Court claim number of 3 in this Chapter 13 case.

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to your filed claim and asks that the remaining balance be disallowed as it is an unliquidated secured claim and relief from the stay has been granted by Order entered March 24, 2021. No claim for the unsecured or deficiency balance has been filed.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

Objection to Claim, page 2
20-11789-KHK, Keith Alan and Dorri Allyson Bryan

>File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**REMOTE HEARING INFORMATION:**

Due to the COVID-19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

*** The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions. ***

**PLEASE NOTE:** You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

>***Attend the hearing to be held on August 26, 2021 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.
>
>A copy of any written response must be mailed to the following persons:
>
>>Thomas P. Gorman
>>300 North Washington Street, Suite 400
>>Alexandria, VA 22314
>>
>>Clerk of the Court
>>United States Bankruptcy Court
>>200 South Washington Street
>>Alexandria, VA 22314

Objection to Claim, page 3
20-11789-KHK, Keith Alan and Dorri Allyson Bryan

If you or your attorney do not take these steps, the court will decide that you do not oppose objection to your claim.

Date: July 14, 2021                                      ___/s/ Thomas P. Gorman___
                                                        Thomas P. Gorman
                                                        Chapter 13 Trustee
                                                        300 North Washington Street, #400
                                                        Alexandria, VA 22314
                                                        (703) 836-2226
                                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of July, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Claim, Notice of Objection, and Notice of Hearing to the parties listed in the heading hereof.


                                                        /s/ Thomas P. Gorman_____
                                                        Thomas P. Gorman